AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CECIL JOHN ROMANICK | Case No.   2:09CR162-MEF-01 |
| | USM No.   08881-003 |
| | James Lawley |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilty to violation of condition(s)  __1-6 of the violations report__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Manufacture of a Controlled Substance 2nd and Possession of Controlled Substance | 9/16/2009 |
| 2 | Assault 2nd | 9/16/2009 |
| 3 | Resisting Arrest | 9/16/2009 |
| 4 | Unlawful Possession of Drug Paraphernalia | 9/16/2009 |
| 5 | Expelled From a Drug Treatment Program | 3/21/2011 |
| 6 | Failure to File Monthly Supervision Report | 4/5/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5198

Defendant's Year of Birth:  1981

City and State of Defendant's Residence:
Mobile, Alabama

June 1, 2011
Date of Imposition of Judgment

Signature of Judge

MARK E. FULLER, U.S. DISTRICT JUDGE
Name and Title of Judge

3 June 2011
Date

Judgment — Page 2 of 2

DEFENDANT:     CECIL JOHN ROMANICK
CASE NUMBER:     2:09CR162-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Twenty four (24) months. Pursuant to 18 U.S.C. 3553(c)(2), the sentence is imposed at 24 months to reflect the seriousness of the violation offenses; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.

X    The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be placed as near Montgomery, Alabama as possible.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL